[Nos. 10868-6-III; 11554-2-III.   Division Three.   July 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK NICKOLAS FELLER, *Appellant*.

*In the Matter of the Personal Restraint of* PATRICK NICKOLAS FELLER, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00301-4, Robert N. Hackett, Jr., J., entered May 25, 1990, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Shields, J. Pro Tem.

[No. 29964-6-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN T. MINIKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00225-2, Daniel T. Kershner, J., entered January 15, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 28849-1-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ANDREW AKIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00837-6, Norma Smith Huggins, J., entered July 10, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Forrest, J.